UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLISON MICHELE CRUZ,<br><br>        Plaintiff,<br><br>   -against-<br><br>DIASPORA CO., LLC,<br><br>        Defendants. | 23-cv-8309 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  The complaint in this case was filed on September 20, 2023. Dkt. 1. On September 21, 2023, an electronic summons was issued. Dkts. 4. Yet the Defendant has not appeared, nor is there any indication on the docket that it has been served.

  By **October 26, 2023, at 5:00 p.m.**, Plaintiff is hereby ORDERED to file on ECF a letter updating the Court on the status of the case. The letter shall address (1) whether this case has settled or otherwise been terminated, (2) whether there have been any communications with the Defendant, and (3) Plaintiff's efforts to serve the Defendant. The letter shall not exceed two pages.

  SO ORDERED.

Dated: October 20, 2023
   New York, New York

                       ARUN SUBRAMANIAN
                       United States District Judge