# BRAUNHAGEY & BORDEN LLP

San Francisco & New York

**Kirsten Dooley, Esq.**
Dooley@braunhagey.com

November 16, 2023

<u>**VIA ECF**</u>
The Honorable Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

  **Re:** *Allison Michele Cruz v. Diaspora Co. LLC*, Case No. 1:23-CV-08309-AS

Dear Judge Subramanian:

  I represent Diaspora Co. LLC ("Diaspora") in the above-referenced matter. Counsel for the Parties in this matter have been contacted by the Mediation Office to schedule mediation as early as December 15, 2023. Pursuant to L.R. 83.9 and the Procedures of the Mediation Program § 3(b), I write to request an adjournment of mediation pending the resolution of Diaspora's Motion to Dismiss or, Alternatively, for a Stay (ECF No. 13.) Counsel for Plaintiff, however, opposes this request.

  This request is not intended for delay and would promote the most efficient use of the Court's and Parties' resources, as the outcome of the pending motion will inform the Parties' future actions.

       Respectfully submitted,

       */s/ Kirsten Dooley*

       Kirsten Dooley

Cc: All Counsel of Record (Via ECF)
  Mediation Office
  MediationOffice@nysd.uscourts.gov

The request is DENIED. The Court will decide the motion promptly, but the parties should still seek a resolution outside court in good faith. The Clerk of Court is directed to close ECF 14.
SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: November 17, 2023

**San Francisco**
351 California Street, 10th Floor
San Francisco, CA 94104
Tel.: (415) 599-0210
Fax: (415) 276-1808

**New York**
118 W 22nd Street, 12th Floor
New York, NY 10011
Tel.: (646) 829-9403
Fax: (646) 403-4089