

**YAAKOV SAKS**▲▪*
**JUDAH STEIN**▲▪
**ELIYAHU BABAD**▲▪
**MARK ROZENBERG**▪
**TAMIR SALAND**▪
**HASAN SIDDIQUI**▲
**KENNETH WILLARD**▲▪
**PETERPAUL SHAKER**▪
**RAMI SALIM**▲▪

▲ NJBar Admissions
▪ NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

January 5, 2024

**Via CM/ECF**
The Honorable Arun Subramanian
United States District Court
Southern District of New York

      Re:    **Cruz v. Diaspora Co., LLC**
              Case #: 1:23-cv-08309-AS

Dear Judge Subramanian:

    We represent the Plaintiff in the above-captioned matter. We write with consent of Defendant's counsel to respectfully request that **both the Court Ordered deposition (ECF No. 20), and mediation scheduled for January 11, 2024 with Mr. Hal Gessner be adjourned for 30-d ays.**

    Plaintiff's counsel was recently informed that Plaintiff had suffered a heart attack about two and a half weeks ago and is currently in the hospital, where she is expected to remain for at least another two weeks due to medical complications. We immediately informed Defendant's counsel, who graciously consented to our extension request. Given these circumstances, we kindly ask that the Court adjourn both the deposition and the mediation.

    We thank Your Honor and the Court for its kind considerations and courtesies.

SO ORDERED. The Court wishes Ms. Cruz a speedy recovery.

Respectfully submitted,

*s/ PeterPaul Shaker*
PeterPaul Shaker, Esq.

Arun Subramanian, U.S.D.J.
Date: January 8, 2024