UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALLISON MICHELE CRUZ,

       Plaintiff,

  -against-

DIASPORA CO., LLC,

       Defendant.

23-cv-8309 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

  On November 13, 2023, Defendant filed a motion to dismiss this case. Dkt. 12. On December 11, 2023, in response to Defendant's request to stay discovery, the Court permitted Defendant to take Plaintiff's deposition on the issue of standing. Dkt. 20. On January 5, 2024, Plaintiff's counsel advised the Court of Plaintiff's serious medical incident, and requested a 30-day adjournment of the deposition and mediation, which the Court granted. Dkts. 21–22. By **January 24, 2024**, Defendant shall submit a letter advising the Court as to whether it intends to take Plaintiff's deposition after she recovers and potentially convert its motion into one for summary judgment, or whether it prefers to rest on its current submission.

  SO ORDERED.

Dated: January 19, 2024
   New York, New York

                   ARUN SUBRAMANIAN
                   United States District Judge