UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLISON MICHELE CRUZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DIASPORA CO., LLC,<br><br>　　　　Defendant. | Case No: 1:23-cv-8309 (AS)<br><br>**NOTICE OF APPEARANCE OF ERIC SCHLABS** |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

I am admitted to practice in this Court, and I appear in this case as counsel of record for Defendant Diaspora Co., LLC. All pleadings, notices, and other papers in this matter should be served upon me as follows:

　　Eric Schlabs, Esq.
　　BRAUNHAGEY & BORDEN LLP
　　118 West 22nd Street, 12th Floor
　　New York, NY
　　Tel.: (646) 829-9403
　　Fax: (646) 403-4089
　　schlabs@braunhagey.com

Dated: January 23, 2024　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　*/s/ Eric Schlabs*
　　　　　　　　　　　　　　　　　　　　　　Eric Schlabs, Esq.
　　　　　　　　　　　　　　　　　　　　　　BRAUNHAGEY & BORDEN LLP
　　　　　　　　　　　　　　　　　　　　　　118 West 22nd Street, 12th Floor
　　　　　　　　　　　　　　　　　　　　　　New York, NY
　　　　　　　　　　　　　　　　　　　　　　Tel.: (646) 829-9403
　　　　　　　　　　　　　　　　　　　　　　Fax: (646) 403-4089
　　　　　　　　　　　　　　　　　　　　　　schlabs@braunhagey.com

　　　　　　　　　　　　　　　　　　　　　　*Attorney for Defendant Diaspora Co., LLC.*